1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   LISA E. FELDMAN (Cal. Bar No. 130019)
4  Assistant United States Attorney
   Cyber and Intellectual Property Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0633
7       Facsimile: (213) 894-0141
        E-mail:    lisa.feldman@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 12-1014-ODW

13          Plaintiff,                 VICTIM IMPACT STATEMENTS IN
                                       SUPPORT OF THE GOVERNMENT'S
14          v.                         SENTENCING POSITION RE: DEFENDANT
                                       JOHN WINSTON BOONE; EXHIBITS
15  JOHN WINSTON BOONE,
       aka "John Smith,"               Sent. Date:  11-10-14
16     aka "Justin Winabali,"          Sent. Time:  10:00 a.m.
       aka "John Greene,"
17     aka "John King,"
       dba "HS Consortium, Inc.,"
18     dba "American Blog, Inc.,"
       dba "Great Ideas, LLC,"
19
            Defendant.
20

21

22       Plaintiff United States of America, by and through its counsel

23  of record, the United States Attorney for the Central District of

24  California and Assistant United States Attorney Lisa E. Feldman,

25  hereby respectfully files the attached Victim Impact Statements in

26  support of the government's sentencing position in this case.  (These

27  Victim Impact Statements were previously shown to defense counsel.)

28  //

1    The Victim Impact Statements, attached hereto as Exhibits 1, 3

2    through 15, and 17 through 20, have been redacted to protect the

3    victims' identities given the nature of the information they contain,

4    but their initials are listed on the index below.  To assist the

5    Court and parties in distinguishing between them, the attached Victim

6    Impact Statements are placed in the order of the "Additional Victims

7    of the Scheme" section in the Presentence Report, Paragraphs 16-35,

8    and also corresponds to the victim number designation listed in the

9    government's victim spreadsheet provided to defense counsel and

10   attached as Exhibit B to defendant's sentencing position; rather than

11   alphabetical, the victim numbers reflect the approximate

12   chronological order of when the victims were defrauded[1]:

13   • Exhibit 1:  Victim D.D. ("Victim 1," PSR ¶16)

14   • [Exhibit 2 intentionally omitted]

15   • Exhibit 3:  Victim G.W. ("Victim 3," PSR ¶18)

16   • Exhibit 4:  Victim D.R. ("Victim 4," PSR ¶19)

17   • Exhibit 5:  Victim V.A. ("Victim 5," PSR ¶20)[2]

18   • Exhibit 6:  Victim J.B. ("Victim 6," PSR ¶21)

19   • Exhibit 7:  Victim R.D. ("Victim 7," PSR ¶22)

20   • Exhibit 8:  Victim C.C. ("Victim 8," PSR ¶23)

21   • Exhibit 9:  Victim R.W. ("Victim 9," PSR ¶24)

22   • Exhibit 10: Victim S.S. ("Victim 10," PSR ¶25)

23   • Exhibit 11: Victim M.W. ("Victim 11," PSR ¶26)

24

_____

25   [1] If no victim impact statement was received from a victim, the
     government has indicated "intentionally omitted." That way, the
26   Exhibit number will match the victim number for ease of reference.

27   [2] The documents referenced by Victim V.A. which were submitted
     with her victim impact statement are being separately filed as an
28   exhibit in support of the government's sentencing position.)

1          •     Exhibit 12: Victim L.B. ("Victim 12," PSR ¶27)

2          •     Exhibit 13: Victim D.N. ("Victim 13," PSR ¶28)

3          •     Exhibit 14: Victim S.D. ("Victim 14," PSR ¶29)

4          •     Exhibit 15: Victim M.R. ("Victim 15," PSR ¶30)

5          •     *[Exhibit 16 intentionally omitted]*

6          •     Exhibit 17: Victim K.L. ("Victim 17," PSR ¶32)

7          •     Exhibit 18: Victim D.S. ("Victim 18," PSR ¶33)

8          •     Exhibit 19: Victim M.H. ("Victim 19," PSR ¶34) and

9          •     Exhibit 20: Victim M.D. ("Victim 20," PSR ¶35).

10      To the best of the government's knowledge, the above-referenced

11 victims do not know each other and prepared their Victim Impact

12 Statements independently.

13 Dated: November 3, 2014          Respectfully submitted,

14                                  STEPHANIE YONEKURA
                                    Acting United States Attorney
15
                                    ROBERT E. DUGDALE
16                                  Assistant United States Attorney
                                    Chief, Criminal Division
17

18          _____/s/_____
                                    LISA E. FELDMAN
19                                  Assistant United States Attorney

20                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28

# EXHIBIT 1

UNITED STATES v. JOHN WINSTON BOONE      Case Number:   CR 12-1014-ABC

VICTIM NAME:_____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime? ME AND
MY FAMILY HAVE SUFFERED THE PAIN
AND EMBARRASMENT, THE SHAME AND
ANGER, OF LOSING NEARLY $300,000 FROM
OUR SAVINGS. MY CHICDREN'S COLLEGE
MONEY IS GONE AND I WAS UNABLE
TO SPEND AS MUCH TIME AND MONEY
AS A PARENT FOR THEIR CARE. IT HAS
BROKEN MY HEART AND PRIDE AS A
FATHER AND A PROVIDER. I WAS ALSO VERY ANGRY
AND WITHDRAWN FOR A LONG TIME, TIME
THAT I CANNOT GET BACK AND MEMORIES
OF DISTRESS THAT NOW STAIN OUR
FAMILY MEMORIES. MY PERCEPTION OF
SELF WORTH WAS AND IS DAMAGED

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.
NO. BUT I WILL WHEN I FEEL MORE
READY TO RELIVE THE PAINFUL MEMORIES

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number. NO

**VICTIM IMPACT STATEMENT**          **FINANCIAL CRIME**     **PAGE 2**

Do you relate to people differently since the crime? Please explain.  _YES, I FIND MYSELF LESS ABLE TO TRUST PEOPLE WHEN IT COMES TO MONEY & BUSINESS._

How has the crimes affected you and your family's lifestyle? Please explain. _YES, WE WERE FINANCIALLY INSECURE SO WE DID LESS AND SPENT LESS AS A FAMILY._

Has the crime affected your family's livelihood? Please explain. _YES, I WAS UNABLE TO INVEST IN ANY BUSINESS THAT WOULD HAVE INCREASED OUR FINANCES._

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

X Anger   X Anxiety   X Fear   X Grief   X Guilt   X Numb   X Chronic Fatigue

X Sleep Loss   X Nightmares   X Appetite Change   X Unsafe   X Uncontrolled Crying

X Trouble Concentrating   X Repeated Memory of Crime   X Depression

Please describe any other reactions to the crime committed.

_I, AS A SINGLE PARENT, WAS EMOTIONALLY AND FINANCIALLY UNABLE TO CARE FOR CHILDREN FOR A LONG TIME._

Do you feel the defendant is or will be a threat to you, your family or the community?
X Yes  X No  Please explain. _I DON'T REALLY KNOW THIS MAN OR HIS CONNECTIONS TO OTHER CRIMINALS, SO I'M UNSURE WHETHER HE IS A THREAT OR NOT._

What else would you like the Judge to know about the defendant, or your situation as a result of the crime . _I HAVE A DISTRUST AND FEAR OF AFRICAN AMERICANS BECAUSE OF THIS. HOWEVER, I AM WORKING ON THIS._

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim.  If you are interested in this option, please explain.

VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

_I COST AN APPROXIMATE_
_TOTAL OF $286,000, MORE OR LESS_
_NONE HAS BEEN REPAID YET._

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.    _NO._

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

_NO_

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.    _THERE HAVE BEEN OTHER_
_EXPENSES INCURRED DURING THE_
_SCAM ITSELF, LIKE AIRLINE_
_TICKET & HOTELS BUT I DECLINE TO ADD_
_ADD THIS TO THE_
_RESTITUTION AMOUNT._

Signature: ████████████████

Printed Name: ████████████████

Date:    _11/20/2013_

# EXHIBIT 2

## (intentionally omitted)

# EXHIBIT 3

UNITED STATES v. JOHN WINSTON BOONE     Case Number:   CR 12-1014-ABC

VICTIM NAME: ███████████████████████

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

_FINANCIALLY BECAUSE OF LOSS OF INCOME_

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

_NO_

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

_No_

VICTIM IMPACT STATEMENT     FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime?  Please explain. _____

_MUCH MORE UNTRUSTING_

_____

How has the crimes affected you and your family's lifestyle?  Please explain.

_- OUR TOTAL LOSS OF SAVENGS CAUSED_

_MANY FINANCIAL PROBLEMS_

Has the crime affected your family's livelihood?  Please explain._____

_- NO_

_____

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_X_ Anger  _X_ Anxiety  ___ Fear  ___ Grief  ___ Guilt  ___ Numb  ___ Chronic Fatigue

_X_ Sleep Loss  ___ Nightmares  ___ Appetite Change  ___ Unsafe  ___ Uncontrolled Crying

___ Trouble Concentrating  ___ Repeated Memory of Crime  _X_ Depression

Please describe any other reactions to the crime committed.

_____

_____

Do you feel the defendant is or will be a threat to you, your family or the community?
_X_ Yes  ___ No Please explain.

_HE IS A PREDATOR TO THE COMMUNITY_

_____

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime .

_CON ARTIST._

_____

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim.  If you are interested in this option,
please explain._____

_NO_

_____

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$50,000   FOR   WEBSITE

2,000   FOR   TRAVEL   EXPENSES   WHICH   SHOULD   HAVE   BEEN   RE IMBURSED.

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

No

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Signature: 

Printed Name: 

Date:   11-22-2013

# EXHIBIT 4

UNITED STATES v. JOHN WINSTON BOONE     Case Number:     CR 12-1014-ABC

VICTIM NAME

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

The loss of money and the resulting stress. I am disabled with children and have never had enough of the former and too much of the latter.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No.

VICTIM IMPACT STATEMENT      FINANCIAL CRIME    PAGE 2

Do you relate to people differently since the crime?  Please explain. _____

_Yes, I am more suspicious._

_____

How has the crimes affected you and your family's lifestyle?  Please explain. _____

_- Yes, moderately. For me, it was enough_
_to live on for 2-3 months._

Has the crime affected your family's livelihood?  Please explain. _____

_- No._

_____

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_X_ Anger  _X_ Anxiety  _X_ Fear  ___ Grief  ___ Guilt  _X_ Numb  ___ Chronic Fatigue

___ Sleep Loss  ___ Nightmares  ___ Appetite Change  _X_ Unsafe  ___ Uncontrolled Crying

___ Trouble Concentrating  _X_ Repeated Memory of Crime  ___ Depression

Please describe any other reactions to the crime committed.

_____

_____

Do you feel the defendant is or will be a threat to you, your family or the community?
_X_ Yes  ___ No  Please explain. _Not to me, but I think_
_he has done this repeatedly._

_____

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime . _No_ _____

_____

_____

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim.  If you are interested in this option,
please explain. _No._ _____

_____

VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$10,000⁰⁰ Wire Transfer attached.

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

NO.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

NO.

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

It was a long time ago. I do not recall the other expenses, however I think they are Minor.

Signature: _____

Printed Name: _____

Date: 11/20/13

# EXHIBIT 5

November 15, 2013



Victim Impact Statement
Case Number 2010R00615 and Court Docket Number 12-CR-01014
United States v. JOHN WINSTON BOONE

Honorable Judge,

Thank you for allowing me the opportunity to share the impact this crime is having on my life.  The defendants have destroyed my financial life and dream of having a business unless they right their wrong with full restitution.

In July 2006, I was an innocent, giving, successful software support analyst.  When US economic turned around and my husband lost a major janitorial contract, I had no choice but look for a part time business which I can work on.  Praise God, by coming to United State with only $400.00 in my pocket, and working hard, my husband and I were able to manage our family of four; have two college students.  Everything was going well.  I feel all that was missing from our life was find a business which could fill the financials wholes for us.  John Boone opportunity appeared to be everything I needed.  He put a business advertising with title **"listing (BizBuySell Ad # 157444): Cash Flow Positive, Online Business for sale, Relocatable".**

I felt my dream came through and I could be my own boss and there is no need to sell my home based on our financial situation.  So, I took the 60,000 from our secured savings and paid the initial cost of the contract.  I also got a loan so I can take care of the business cost while I am getting training on the business and make sure I will keep the business run smoothly ( appendix 1).  When I realized I am not getting revenue/training or anything he promised in the purchase contract, I tried contacting him for many months in an honest and professional way.  When I got no response, I had to hire a lawyer to pursue him.  I have compiled "a set of communication emails" which I had to John Boone on this issue for your review (appendix 2).

In summary, Boone scammed me for selling a business for $100,000 by fraudulently offering "paloalto.org and paloaltoblog.org" website domain names for sale, plus content, client list, web training and services.  He claimed these websites generated advertising revenue.  Furthermore he gave me falsified financial documents and website analysis for the value of the site.  He allegedly cut off contact with me with lots of interesting excuses and did not return my calls or proper response on my email inquiries.  I got manipulated and have tried to get my money back from him through 2008.  After many attempts, we took him to court.

By much disappointment, not even he scammed me for more than $76,000 by fraudulently offering "paloalto.org and paloaltoblog.org" website domain names for sale, he again falsified documents that he has done all his work. I was not capable of handling the business properly. That is why the business is not making money. And I lost my civil court case and now I had to pay him money...

I wish I could have been able to record how things were going in the court. I was shaking and had to take relaxing pill as I could not speak. I provide a letter to the court as why I am not emotionally intact (appendix 3).

*I could not believe how Boone could paint an amazing background and repetition for himself in the court and I am just not capable to manage the business. He presented his case in our court as I was actually not telling truth in this case instead of him.*

Working up to 50 hours per week and exhausting all our saving to pay for additional financial obligations by this business purchase was unbearably stressful. Furthermore, I was praying to God that he will not come after me now as I was already under lots of stress and the court outcome.

Now I live with the reality that this so-called businessman (John Boone) was already swindler. That after our countless trial to makes things work, he continued hurting other peoples.

*While my husband's business was not doing well during economic hardship, I continue to work for long hours and ended up taking money out of my 401K so I can manage our financial life and take care of our family.* My total loss was more than 76,000 just to spend on this business, lawyer and court. I will be 53 years old soon. But I am already becoming physically and emotionally exhausted from what I have gone through. And the mental anguish of dealing with this crime and its financial ordeal has taken a toll.

*I sincerely hope that FBI can put this person to rest for good. As I am pretty sure that the defendants will do their best to keep Boone's interest, not the victims. I pray to God; he will be convicted and take full responsibility on all counts.*

### Please be aware, I beg you...

In my court experience, the defendant paints a picture of Boone as a businessman and I was the unprofessional individual who did not know what to do. I simply trusted him and tried my best to work with him as professional as possible (see appendix 4; email printout dated Dec, 15, 2006). Public records show he is career thieves. How many other *innocent business buyers* has he got away with?

Dear Judge, I beg you... Why should we tolerate these lies? Please don't let his apparent fool you like it did me. People like him are great actors and geniuses in the art of performing confidence crimes.

I am pretty sure Boone made lots of money. His net income is definitely more than I have ever grossed as a law-abiding computer support engineer. My estimated cost to date is more than $76,000 (I would appreciate more time to get this together) and if he wants to exercise the civil judgment case number ███ ███████ (appendix 5); we will have to give away my husband small business too.

*I have to say I am so thankful that the judgment was against* ███████████ *After the court was over, and remember how Boone was not responding to my calls or emails. He called me at my work and he demanded to be paid and send me an email as well. He actually calculated how I should repay him more than $100,000 (see appendix 6).* I was shaking at work as how he had the nerve to call me there. I then called my lawyer and he gave me the bad news. And he told me to ask Boone to contact him. Praised God, he did not follow up. After short while, I received a call from FBI agent where they wanted to interview me about this business deal with Boone. I think it was Mr. Jeffrey Alabaso who called me and I felt my prays were finally answered. I was so excited that FBI was following Boone.

*Therefore, I request your help on stopping him in using the judgment he has against* ████████ ███████ *and if possible pay the money he took from me for "paloalto.org and paloaltoblog.org" $60,000 restitution plus additional cost which occurred afterward by selling business which had no cash flow.*

While a judgment for full restitution would be very much appreciated and a dream come through, please understand that I am beyond destitute. I have no means to pay for any enforcement of a judgment. And even if I did, I am pretty sure Boone will show no assets with which to pay. Therefore, the defendants should also be required to spend the maximum possible time in prison. I also wish this to be a lesson to his criminal friends and family, but especially to his children that you will be caught in your lies. You will do time. You will pay.

My dream of working for myself has been shattered and Praise God I am employed. My life will definitely be made whole if John Boone pays the restitution. I want to thank the District Attorney and the Court for taking this crime seriously. Thank you for listening.


Sincerely,



UNITED STATES v. JOHN WINSTON BOONE     Case Number:   CR 12-1014-ABC

VICTIM NAME: ████████████████████████████████

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

Yes. the Crime impact my Family members (
████████████████████████████████████████

Please See letter dated Nov, 15, 2003
in reference to this Request

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

I had to take some time off from
Work; emotionaly took Medication & Ended up
in the hospital for Couple of days.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.
Case Number = ████████████████ the
Court Location was at County of
& it is Under My husband's Business
████████████████████████

VICTIM IMPACT STATEMENT        FINANCIAL CRIME    PAGE 2

Do you relate to people differently since the crime? Please explain. Definitely; please
Read my Ex Letter....

How has the crimes affected you and your family's lifestyle? Please explain.
- Yes; I lost lots of Money & Financial Hardship
following this Case ...

Has the crime affected your family's livelihood? Please explain.
- I am speechless as what I should write.
I can only say; I will not do this to my
enemy.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

__ Anger  X Anxiety  X Fear  X Grief  __ Guilt  __ Numb  __ Chronic Fatigue

X Sleep Loss  X Nightmares  __ Appetite Change  __ Unsafe  X Uncontrolled Crying

X Trouble Concentrating  X Repeated Memory of Crime  X Depression

Please describe any other reactions to the crime committed.
please see My Doctor's letter which I
used for my Court hearing

Do you feel the defendant is or will be a threat to you, your family or the community?
X Yes  __ No Please explain. In My letter I explained how
he manipulated me and still followed me at
work by calling me and asking for more Money.

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime. I beg the Judge to get this
person out of my life or EnyOne Else
whom he impacted;

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim. If you are interested in this option,
please explain. I lost so much money to him; I
would sincerely appreciate if you review
what I pray to God happens in
regard to restitution

VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you
have not been or do not expect to be repaid. Please attach receipts or other records whenever
possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a
defendant.

Paid an Initial 60,000.00 Money Order
Got a loan which I paid monthly close to
1200.00 as I though I can pay this loan
with business income; Kept the Business
going in case I will catch him again
such as Sewer Cost; Domain Cost

2. Have you been assessed any additional taxes, penalties or interest by the federal government
as a result of this case? If yes, please explain.

I am not sure; I am sorry this is
not clear for me;

3. Have you or anyone on your behalf initiated civil action against any party as a result of this
offense? If yes, please state the case name, docket number and court of jurisdiction.

Only the one I had against him to get
my Moneyback (see page 1 of this form)

4. If you have suffered any other expenses as a result of this crime, please list them below.
Include such items as counseling, medical bills, lost income and necessary child care,
transportation, and other expenses related to participation in the investigation or prosecution of
the offense or attendance at proceedings related to the offense. Please be specific and attach
copies of receipts if possible.

± 60,000.00 Initial business payment
60,000.00 additional loan so I can pay the
other Expenses and Expand the Business;
& Now he has a
Judgent against
me with more
false Document given
to
Court.

Signature:

Printed Name:

Date: Nov 15, 2013

# EXHIBIT 6

UNITED STATES v. JOHN WINSTON BOONE    Case Number:   CR 12-1014-ABC

VICTIM NAME:_____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

The crime occurred at a time in my life when I was having trouble finding employment and I had taken out a second mortgage on my home in order to buy a business from which to generate income. Boone advertised a banking blog for sale and had falsified financial statements and other documents that described a profitable business. I transferred $7000 into what I thought was an escrow account but later learned was simply an account registered to Boone. When neither the business was turned over nor my money returned, I filed a small claims suit that I ended up losing because I couldn't afford to fly to California to defend my case. As a result of all of this, I had to take a low paying job out of desperation and I ended up losing my house and the opportunity to buy any other income-generating business. I fell into a state that oscillated between anger, anxiety and depression at having fallen victim to Boone. This crime set into motion a series of events that have essentially ruined my life and the emotional toll is still a burden to this day.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Yes, I received counseling in the aftermath as a result of the guilt, anxiety and depression that the crime perpetrated.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.
I filed a small claims suit in Maron (sp?) County California. I'm currently consulting with an attorney regarding a civil suit.

**VICTIM IMPACT STATEMENT**          **FINANCIAL CRIME**     **PAGE 2**

Do you relate to people differently since the crime? Please explain.   Yes, I now believe everyone is out to swindle me, I trust no one.

How has the crimes affected you and your family's lifestyle? Please explain.  I lost my house and my ability to buy a business.

Has the crime affected your family's livelihood? Please explain.   I took out a second mortgage on my house in order to buy a business since I was unable to find a job at that time. This crime prevented me from being able to do so.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_X_ Anger  _X_ Anxiety  _X_ Fear  _x_ Grief  _X_ Guilt  ___ Numb  ___ Chronic Fatigue

_X_ Sleep Loss  ___ Nightmares  ___ Appetite Change  ___ Unsafe  ___ Uncontrolled Crying

_X_ Trouble Concentrating  _X_ Repeated Memory of Crime  _X_ Depression

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?
_X_ Yes  ___ No  Please explain.   I have no doubt that, if given the opportunity, Boone would do this again.

What else would you like the Judge to know about the defendant, or your situation as a result of the crime.   The total effects of this crime are largely immeasurable as a great deal of my loss was the emotional toll it took on me. I want punitive damages to be part of his sentencing, damages that will make Boone feel remorse and dissuade him from repeating the crime.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.   Not interested

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime.  List only those items for which you have not been or do not expect to be repaid.  Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Boone swindled me out of $7000. I've been repaid none of it.

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case?  If yes, please explain.

No

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense?  If yes, please state the case name, docket number and court of jurisdiction.

Not yet

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at  proceedings related to the offense.  Please be specific and attach copies of receipts if possible.

Counseling  - treated for grief, anxiety and depression

Lost income  -the loss of money prevented me from being able to afford to buy any other business

Small claims court fees

Signature:

Printed Name:

Date:                11/21/2013

# EXHIBIT 7

## Victim Impact Statement

Case Number 2010R00615 and Court Docket Number 12-CR-01014

To say that you destroyed a dream is an understatement that cannot be expressed in words nor quantified in numbers.  Having escaped a life of hardship and oppression in the Philippines, our family migrated to the United States of America to chase 'the dream.'  Instead, I woke up to a nightmare that has impacted me and my family – financially, emotionally and personally – over six years ago.

You have stolen from people's livelihoods and deprived them of their hard-earned monies through lies and deception, even going so far as to disguise your true name.  Why you think your actions are justifiable is beyond my moral and social understanding and goes completely against our upbringing. My parents raised all nine of us to be responsible, helpful and giving….regardless of how little we had. We were told to appreciate the blessings that we are given and share them with the less fortunate.

You, on the contrary, choose to steal from others to enrich yourself and satisfy your selfish wants. Though it is my wish that the scales of justice be put in my hands, I am far from qualified to do so. However, it is my hope to seek it and ask that the appropriate punishment be imposed so that you suffer the consequences of your irresponsible actions.  What this world needs is for people like you to be held accountable in every way that the law will permit.

There comes a time when you have to face the truth and answer for your reprehensible crimes. Judgment day will come for all of us, but today is the beginning for you……Mr. John Winston Boone!



UNITED STATES v. JOHN WINSTON BOONE     Case Number:  CR 12-1014-ABC

VICTIM NAME:_____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

WE HAVE SUFFERED IRREPARABLE FINANCIAL DAMAGE IN THE AMOUNT
OF $55,000 OVER 5 YEARS AGO. THE FUNDS REPRESENTED A DOWN
PAYMENT FOR THE PURCHASE OF A SUPPOSED WEBSITE THAT WOULD
RETURN MONTHLY INCOME POTENTIAL OF UP TO $5,000.
(SEE ATTACHED DOCUMENTS)

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.
NO

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.  NO

**VICTIM IMPACT STATEMENT**          **FINANCIAL CRIME     PAGE 2**

Do you relate to people differently since the crime? Please explain. _YES, I AM MORE CAREFUL ABOUT EXPLORING INVESTMENT OPPORTUNITIES AND HAVE VERY LITTLE, IF AT ALL, FAITH IN THE INTERNET._

How has the crimes affected you and your family's lifestyle? Please explain. _WE HAVE $0 IN SAVINGS ACCOUNTS AND LIVE FROM PAYCHECK-TO-PAYCHECK, AND SAMPLED THE HOME THAT WE PAID CASH FOR 8 YEARS AGO AT IS NOW 'UNDER WATER!'_

Has the crime affected your family's livelihood? Please explain. _SAME AS ABOVE_

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

[✓] Anger  [✓] Anxiety  ___ Fear  [✓] Grief  [✓] Guilt  ___ Numb  ___ Chronic Fatigue

[✓] Sleep Loss  ___ Nightmares  ___ Appetite Change  ___ Unsafe  ___ Uncontrolled Crying

___ Trouble Concentrating  [✓] Repeated Memory of Crime  [✓] Depression

Please describe any other reactions to the crime committed.
_LOSS OF SELF/CONFIDENCE_

Do you feel the defendant is or will be a threat to you, your family or the community?
___ Yes  [✓] No  Please explain.

What else would you like the Judge to know about the defendant, or your situation as a result of the crime. _JOHN BOONE HAS DEPRIVED ME AND MY FAMILY (ILLEGALLY) OF OUR, FULFILLING & LIFELONG DREAM, ESPECIALLY SINCE I MOVED HERE PRIMARILY TO PURSUE THE 'AMERICAN DREAM!'_

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$55,000 in hard cash

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

NO

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

NO

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Signature:

Printed Name:

Date:

# EXHIBIT 8

UNITED STATES v. JOHN WINSTON BOONE    Case Number:   CR 12-1014-ABC

VICTIM NAME: ████████

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

Yes, my family and I have been affected by this crime.  I was in a state of despare and disbelief that a human being could do what he did.  He lied not only to me but to several other people taking a substantial amount of my money without  any remorse or concern for the people he was harming.

During the time period of this ordeal my family and I have been under an extreme amount of mental and financial duress and stress.

In order to cover the loss of the funds Mr. Boone stole from my family, I needed to take out a home equity loan for the $30,000 he took from me.  This loan continues to accrue interest today.   Mr. Boone caused me to lose trust in people and institutions.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Yes I did receive counseling.  I needed to understand that this incedant was an aboration in human behavior so I could trust people again

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

Yes, the case name is ████ vs. Winabali, the Court Location was ████ ████ and the docket number is ████████

**VICTIM IMPACT STATEMENT**      **FINANCIAL CRIME**    **PAGE 2**

Do you relate to people differently since the crime? Please explain. Yes, my trust in people and the integrity of a business deal has changed. I can no longer trust that a person is telling the truth.

How has the crimes affected you and your family's lifestyle? Please explain. My family has been in debt since the incident and we have had to curb spending and cut back on college savings.

Has the crime affected your family's livelihood? Please explain. Yes the money he took from me put me in debt which in turn reduced the amount of cash flow and the ability to save for me and my family.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

 X  Anger X  Anxiety X  Fear  X  Grief  X  Guilt  X  Numb  X   Chronic Fatigue

 X  Sleep Loss X   Nightmares __  Appetite Change X  Unsafe __  Uncontrolled Crying

__  Trouble Concentrating  X  Repeated Memory of Crime  X   Depression

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?
 X  Yes ___ No Please explain.

The man has no sense of humanity. He will say or do anything to anyone to steal their money. He should not be given any leaniency.

What else would you like the Judge to know about the defendant, or your situation as a result of the crime. He is a cold and calculating man. He manipulates and has the ability to tell lies on the fly. He can't be trusted ever by anyone.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain. Not interested

**VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3**

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$6,500 in legal expenses, $500 in transportation expenses,  $1,500 in interest

 $29,000 in cash.

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

　　　None by the federal government

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

　　█████ vs. Judy Hill  and █████ vs. Justin Winabali  both in San Diego

██████████████

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at  proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Transportation - $500

Signature: ████████

Printed Name: ████████

Date: 　　12-5-2013

# EXHIBIT 9

UNITED STATES v. JOHN WINSTON BOONE       Case Number:   CR 12-1014-ABC

VICTIM NAME:_

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

This has brought unbelievable stress into our lives. It took quite some time to find work after this debacle. It paid less than I made before and I was laid off when the recession hit. I am still thousands in debt This took away untold vacations and adventures with my children. To be made Financially whole is the only thing that will put this behind me.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

NO

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

NO

VICTIM IMPACT STATEMENT        FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime? Please explain. _Yes - I have_
_trust issues. Always used to trust Anyone until they gave_
_Me A reason not to. The opposite is true Now._

How has the crimes affected you and your family's lifestyle? Please explain. _I have spend the_
_last 5 years trying to pay back loans for the purchase of the_
_"business"_

Has the crime affected your family's livelihood? Please explain. _I had to get a lower_
_paying job then the one I quit previous to buying the_
_business._

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

X Anger  __ Anxiety  __ Fear  __ Grief  X Guilt  __ Numb  __ Chronic Fatigue

X Sleep Loss  __ Nightmares  __ Appetite Change  __ Unsafe  __ Uncontrolled Crying

__ Trouble Concentrating  __ Repeated Memory of Crime  X Depression

Please describe any other reactions to the crime committed.

_____

_____

Do you feel the defendant is or will be a threat to you, your family or the community?
____ Yes  X No  Please explain._____

_____

_____

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime. _____

_____

_____

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim. If you are interested in this option,
please explain._____

_____

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Down Payment - $45,100
Web hosting - still trying to find receipts

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

NO

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

NO

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

NO

Signature: 

Printed Name: 

Date: 12/20/13

# EXHIBIT 10

UNITED STATES v. JOHN WINSTON BOONE    Case Number:    CR 12-1014-ABC

VICTIM NAME:_____

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

I have a $100,000 2nd on my personal
home. & that was taken to buy SALTLAKECITY, ORG
He claimed this was a profitable well
site and it turned out to be a complete
scam.

I have no way to pay this balance down.
I pay interest only to just keep it current

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.    No

VICTIM IMPACT STATEMENT        FINANCIAL CRIME    PAGE 2

Do you relate to people differently since the crime? Please explain. *yes ....*

*absolutely will not trust anyone.*

How has the crimes affected you and your family's lifestyle? Please explain *Due to the*

*- extra debut on my home I am not able to*

*qualify for smaller consumer loans*

Has the crime affected your family's livelihood? Please explain. *No*

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

X Anger   X Anxiety   __ Fear   __ Grief   X Guilt   __ Numb   __ Chronic Fatigue

X Sleep Loss   __ Nightmares   __ Appetite Change   __ Unsafe   __ Uncontrolled Crying

__ Trouble Concentrating   X Repeated Memory of Crime   __ Depression

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?
__ Yes   __ No  Please explain.

*Don't really know ... I do know that he*

*lived in Novato ... and that is* ████████

What else would you like the Judge to know about the defendant, or your situation as a result of the crime.

*He & has done this to others ... He should serve time*

*and then be on probation for his life ...!*

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain. *No*

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime.  List only those items for which you have not been or do not expect to be repaid.  Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

*See attached PDH files:*
*cashiers check: 13,900—*
*cashiers check: 131,578—*
*Private Invest. bill: 4000—*

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case?  If yes, please explain.   *No*

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense?  If yes, please state the case name, docket number and court of jurisdiction.

*No*

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at  proceedings related to the offense.  Please be specific and attach copies of receipts if possible.

Signature

Printed Name:

Date:

# EXHIBIT 11

UNITED STATES v. JOHN WINSTON BOONE  Case Number: CR 12-1014-ABC

VICTIM NAME: ███████████████ / IMPACT MARKETING DISPLAYS, INC

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

**How have you and members of your family been affected by this crime?**

We lost a significant amount of money (see attached) as a result of being swindled by Mr. Boone.  In addition I spent a great deal of time over a multi-year period to persue a Civil case against Mr. Boone and to try to recover the money.  Although we won the civil suit in Marin Superior Court we have been unable to recover anything beyond a few thousand dollars due to Mr. Boone's effort to hide the money.

In addition getting swindled by Mr. Boone has haunted me to the extent that I am now extremely skeptical of all business owners and any stated financial data to the extent that it has greatly hindered my ability to move forward with business acquisitions (which is my primary occupation)

**Have you or members of your family received counseling as a result of this crime? Please explain.**

No.

**Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.**

Yes.  We filed and won a civil suit in the Superior court of California, County of Marin. Case No. CIV ████████.

███████████ an individual and ████████████████████, a corporation Plaintiffs v. American Blog Inc, a Corporation and John W. Boone, and Individual; John C Smith, an individual, and DOES 1-20 inclusive

The judge was the honorable Verna A. Adams

Address: ███████████████████████████ San Rafael, CA 94903

**Do you relate to people differently since the crime? Please Explain**

Yes. General lack of trust vs. before the crime occurred which has hindered my ability to move forward on future business transactions.

**How has the crimes affected you and your family's lifestyle? Please explain.**

We have had to scale back our spending and also a big negative impact on my ability to move forward with my career

**Has the crime affected your family's livelihood? Please explain**

Yes. I make a living by purchasing businesses and growing them. Due to this crime I have been unwilling to purchase a larger business and try to grow it and instead of focused on starting my own business which is not as good of a match for my skillset and has greatly reduced my income.

**Have you experienced any of the following reactions to the crime:**
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_X_Anger _X_ Anxiety _X_ Fear _X_ Grief _X_ Guilt __ Numb ___ Chronic Fatigue
__ Sleep Loss ___Nightmares ___Appetite Change _X_ Unsafe ___Uncontrolled Crying
___ Trouble Concentrating _X_ Repeated Memory of Crime ___ Depression

Please describe any other reactions to the crime committed.

**Do you feel the defendant is or will be a threat to you, your family or the community? Yes No Please explain**

I don't think so, but of course I worry about it as anyone would since you never know what a felon is capable of doing.

**What else would you like the Judge to know about the defendant, or your situation as a result of the crime.**

The defendant seems to have a total disregard for the law and uses it to his advantage to help him commit his crimes and to avoid re-paying his debts. He's very good at hiding money. We think he may have a partner in crime named Jenny Smith based on our research.

**If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.**

If this means he would do work for me I'm not interested since I wouldn't want anything to do with this guy.

**VICTIM IMPACT STATEMENT/FINANCIAL CRIME P. 3**

**1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.**

Per the attached closing statement I paid $248,000 for the fraudulent online advertising business. I then filed a lawsuit in civil court which we won (see attached default judgment by the Marin County Supreme Court) – and was awarded a total of $448,928.87. Of this amount Mr. Boone has not willingly paid us anything, however we were able to recover a $2567.92 from an e*trade account, and $2300 from his Wells Fargo account, however netting out legal and investigative fees we haven't received anything positive at this point.

**2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.**

NO

**3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.**

No. Only the civil suit against the defendant which we won (per above)

**4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.**

Legal fees:
Hoge, Fenton, Jones & Appel, Inc    $5,373.26
The Davis Law Firm                        $55,814.09
Belvedere Legal APC                       $18,245.67

Signature:


Printed Name:


Date:

# EXHIBIT 12

1

| UNITED STATES v. | John Winston Boone | | Case Number: | CR 12-1014-ABC |

VICTIM NAME: █████████████

**INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME**

**How have you and members of your family been affected by this crime?**

I suppose the first and most important issue here is the financial loss. This created a domino effect that started with my inability to pay my bills. My business was not doing that great to begin with as I was being affected by the recession. That is why I thought this purchase would be a good opportunity to improve cash flow. That of course was not the case. In the beginning I spent three months trying to find Boone's real identity,  trying to sort out who would handle my case, RCMP, local police, local California police and finally the FBI. All of this was a full time roll away from my work and ability to earn an income. The stress was overwhelming and my capacity to focus on anything else was nil. After that I was forced to sell my share of a recreational condo. I had hoped to hold on to that for years while it increased in value.  I had hoped my family and I could enjoy happy memories there for years to come.  This was not possible.  Then my business went from bad to nil. What little credit left I maxed out in order to live. During this time I went to applying for welfare, food banks, etc.  It was a nightmare.

When I was selling my home the power company shut off the power during an open house. If it was not for my Dad being my real estate agent it would have been so embarrassing.  He paid the power company on the spot.  I had to borrow money from my parents to live. They took this from their line of credit and we agreed I would pay them back once the house closed with what little equity I had left in my home.

I was then forced to consider the path of bankruptcy. When I met with the trustee they informed me that the money I paid back to my parents, $35,000 had to be paid to the creditors. They would go after my parents for this money if I went bankrupt.  Given my parents are retired and at the time my father was being treated for cancer I could not go bankrupt as this would have devastated my parents.  As such I chose a consumer proposal.  The terms were un- realistic and I ended up defaulting.  I am still trying to get out of debt.  I may still go bankrupt and have to take my chances with my parents. My credit rating is the worst possible and I have no savings. I own nothing now. No car, no home, no savings. I am completely wiped out.

In keeping with the downward spiral I had my auto insurance policy canceled as I was considered a high risk because of three NSF payments in one year. I need my car for business.  I had to find a second tier insurance company that charged me almost $600 month.

From a physical point of view I tend to drink more, have stopped exercising and have gained weight.

2

I am unable to afford a home in ████ I have lost that window to purchase in the most expensive city in ████ I live an hour away from my daughters and have little opportunity to see them.  We miss each other.

**Have you or members of your family received counseling as a result of this crime? Please explain.**

**No**

**Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and**

**docket number.**

**Superior Court of the Sate of California county of Marin.**

**$321,470.94**

Yes, see attached judgement.

 **Do you relate to people differently since the crime?  Please explain.**

Yes, particularly my dear friends and family than lent me money. I find myself being more distant as there is always the elephant in the room about me owing money, that I have not been able to pay back in its entirety.   Every time the phone would ring, my anxiety kicks in.   I am not as close to my friends as I cannot always afford to visit, participate or contribute. I no longer give many gifts, which is not how I have always been.


**How has the crimes affected you and your family's lifestyle?  Please explain.**

I am a single mother of two girls. We had a good life and a beautiful home in one of the most prestigious parts of the ████████ area.  My family no longer enjoys holiday's together, spontaneous dinners out. Our entire lifestyle is not the same. Travel is no longer an option. I can no longer afford regular dental visits, medical insurance or fitness clubs.  I have not had a true vacation for years.

When I was forced to sell my home I decided that I was close to a breakdown of sorts. I thought that I could rent a little place in Florida and work from there and occasionally come home for meetings. My plan was to re-group by the ocean and stay for 6 months.  In this time, on my second trip back to Florida from a short business trip from Toronto I was stopped at the border. They accused me of conspiring to become an illegal alien. That was totally false but I had no recourse but to stay in ████ and had to find someone to ship my possessions home. I have since been told that I am no longer allowed back into the USA.  All I wanted to do was re-group and rest a bit after this whole debacle.  The whole thing was wrong and I am sure had I not been on the verge of a breakdown this would not have happened.


**Has the crime affected your family's livelihood?  Please explain.**

3

I had to borrow $10,000 from my Grandmother to keep a roof over my head.  At the time she was 90 years old. I have not been able to pay her back. She is now 95 and lives in a small room in a nursing home. Had I had that money I would be able to pay her back and she would be able to afford a nicer, more spacious nursing home, perhaps one with a bedroom.  Or at least afford her a few extras. .

I was unable to continue to pay for my youngest daughters college fees and as such we had to borrow money from a family friend.  She had to work double jobs while in college to pay him back.

I have always been an entrepreneur and owned my own business. I no longer have the cash flow to invest in any new business ventures. I now have to work for two companies to pay the bills.

My dream was to have a family business with my two daughters. Once they graduated from University we word work together. That dream is no longer viable.

I continue to have to borrow money from my boyfriend and live under his roof. He has been generous and has been there for me allowing me to use his credit cards. In trying to keep the bills paid I maxed out his credit cards. I fear I will affect his credit rating.

Because I no longer have a savings and I am 54 years old, I worry about the future and my retirement. I don't know how I am going to be able to survive in my old age.


**Have you experienced any of the following reactions to the crime:**

**PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.**

Anger     Anxiety     Fear     Grief     Guilt     Numb     Chronic Fatigue

Sleep Loss     Nightmares     Appetite Change     Unsafe     Uncontrolled Crying

Trouble Concentrating     Repeated Memory of Crime     Depression

**Please describe any other reactions to the crime committed.**

I have gained 30 pounds. I am not as close to my friends and family. I feel frozen in the ability to make decisions for fear I may re-live this whole event again.

**Do you feel the defendant is or will be a threat to you, your family or the community?**

     Yes          No  Please explain.  He does not know where I live, nor how to reach me in ███████. I doubt he would waste his time.


**What else would you like the Judge to know about the defendant, or your situation as a result of**

**this crime.**

4

I read in a local paper that he took money from his own child's basketball team, money which was donated by the parents for the purchase of uniforms. He cashed the cheques and took the money. This to me represents the lowest of the low. His child has no quality benchmark with which to know right from wrong.  This man has no conscience and appears so have no remorse as this occurred in the past 12 months. He has no scruples, no conscience, no heart or soul.  I pity his child.

**If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim.  If you are interested in this option, please explain.**

No

**VICTIM IMPACT STATEMENT/FINANCIAL CRIME**

**1.  Please list your actual financial losses from this crime.  List only those items for which you have not been or do not expect to be repaid.  Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.**

See judgement attached.  Nothing has been paid as of yet.


**2.  Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case?  If yes, please explain**

No

**3.  Have you or anyone on your behalf initiated civil action against any party as a result of this offense?  If yes, please state the case name, docket number and court of jurisdiction.**

No

**4.  If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at  proceedings related to the offense.  Please be specific and attach copies of receipts if possible.**

5

See judgement attached.

Signature:

Printed Name: ████████

Date:  November 22, 2013                              CONFIDENTIAL

United States v. John Winston Boone

Case Number:          **12-1014-ABC**

The address and telephone contact information provided below will only be provided to the

presentence probation officer, and the United States Attorney's Office, unless a court order

signed by the Judge authorizes the release of this page to the Court and attorney for the

defendant.

Printed Name: ████████

Signature:

Address       ████████████

████████████

Phone:  (hm)  ████████     (wk)     ████████

fax:            ████████

e-mail: _____ ████████████ _____

# EXHIBIT 13

3/2/14

I have drastically been affected by John W. Boone's crime of stealing my money of $69,000.00. The money was going to be used to chase my dream of buying a business. I signed an agreement with Mr. Boone to give him $69,000 in exchange for his website, SaltLakeCity.org. Before I sent him the money, he was always readily available and accessible to me by phone and he even tried to explain how to run the website. He gave me pamphlets and instructions on how to contact various people to run ads on the website. After sending Mr. Boone the $69,000 by wire, he all of a sudden disappeared and I was unable to get a hold of him. I repeatedly tried to call him, over and over again, and he didn't return my calls. Although he tried to explain how running the website worked, he ultimately failed to give me access to the website and I was left with only instructions and not the website. I was left with a big debt and with no income from the "business" that I had just supposedly purchased to pay for it. This debt caused me to be unable to pay my mortgage as it was an equity line of credit and I ultimately had to claim bankruptcy. My credit was ruined.

Now I am unable to go for my dreams of buying any business. In addition, instead of paying off my house when I turn ▮▮▮ I won't be able to retire until late in my life to make payments on my living accommodations. Since getting my money back seems impossible, I wish that you give him the maximum sentence of what the court sees fit for someone who ruined someone else's life and dreams.

UNITED STATES v. JOHN WINSTON BOONE   Case Number:   CR 12-1014-ABC

VICTIM NAME: ████████████████████

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

I have drastically been affected by John W. Boone's crime of stealing my money of $69,000. The money was going to be used to chase my dream of buying a business. I signed an agreement with Mr. Boone to give him $69,000 in exchange for his website, SaltLakeCity.org. Before I sent him the money

please see my attached letter

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number. No

## VICTIM IMPACT STATEMENT     FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime?  Please explain. _____

I went into depression soon after I realized he wasn't going to hand over the business. Yes, I feel less self assured.

How has the crimes affected you and your family's lifestyle?  Please explain. _____

- We had to claim bankruptcy, re-modify our loan on the house, and obtain a renter to cover our expenses

Has the crime affected your family's livelihood?  Please explain. I live w/ another

- person (renter) that has changed my lifestyle; it's less private. I cannot pursue my dream of owning a business; I'm mad + was depressed.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

[X] Anger ___ Anxiety ___ Fear ___ Grief ___ Guilt ___ Numb ___ Chronic Fatigue

[X] Sleep Loss ___ Nightmares ___ Appetite Change ___ Unsafe ___ Uncontrolled Crying

___ Trouble Concentrating ___ Repeated Memory of Crime [X] Depression

Please describe any other reactions to the crime committed.

_____

_____

Do you feel the defendant is or will be a threat to you, your family or the community?
___ Yes ___ No  Please explain. Not Sure Yet.

_____

_____

What else would you like the Judge to know about the defendant, or your situation as a result of the crime. If I could get my money back ($69,000) I would ask for a lessor term, otherwise, I would want the maximum sentence possible.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim.  If you are interested in this option, please explain. I don't want anything but my money back.

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

#69,000 of wire-transfers

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No, but I did contact a lawyer and paid for him to write a letter to Mr Boone to try and relay the message that I'll have to take precautions if he doesn't reply.

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Signature:

Printed Name

Date:    3/2/14

# EXHIBIT 14

UNITED STATES v. ~~JOHN WINSTON BOONE~~   ~~Case Number~~   CR 12-1014-ABC

VICTIM NAME: ██████████████████████████

~~INDIVIDUAL VICTIM IMPACT STATEMENT CONCERNING THE CRIME~~

**How have you and members of your family been affected by this crime?**

My business Partner and I were searching to an
Online business (I am disabled, and, as a matter of pride
I wanted to find a business that would
provide enough income that I could avoid
having to collect social security income) So, we were
looking Online at "B2 Buy-Sell" and came across
one we liked, posted by the defendant
who represented himself as "I'm a software computer
expert" who was peddling several business
models he had created — I was intrigued and
expressed my interest, to which he responded
that many people were interested — but I could
"reserve the right to the business" wiring him $2,500
immediately which I did and, so it worked out — I Lost.

Please continue this statement on an additional sheet of paper if you wish.

**Have you or members of your family received counseling as a result of this crime? Please explain.**

No

**Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.**

No

VICTIM IMPACT STATEMENT          FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime? Please explain. _Yes - I am_
_very wary of everybody who is selling_
_anything._

How has the crimes affected you and your family's lifestyle? Please explain. _____

Has the crime affected your family's livelihood? Please explain. _Not so much in that_
_- I ended up hiring a disability lawyer_
_and am now collecting "disability."_

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

✓ Anger  ✓ Anxiety __ Fear ✓ Grief __ Guilt __ Numb __ Chronic Fatigue

✓ Sleep Loss __ Nightmares __ Appetite Change __ Unsafe __ Uncontrolled Crying

✓ Trouble Concentrating __ Repeated Memory of Crime __ Depression

Please describe any other reactions to the crime committed. _____

Do you feel the defendant is or will be a threat to you, your family or the community?
__ Yes ✓ No  Please explain. _____

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime. _____

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim. If you are interested in this option,
please explain. _I am a stroke victim - so any_
_charities assisting stroke victims._

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

~2,000 (to "reserve rights" to the business.

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

No.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Signature: _____

Printed Name: _____

Date: _____

# EXHIBIT 15

December 15, 2013

The Honorable Judge Audrey B. Collins
c/o US Attorney's Office
Victimless Witness Assistance Program
312 North Spring St. Suite 1700
Los Angeles, CA 90012

Re: United States v. John Winston Boone
    Court Docket Number CR 12-01014

Dear Honorable Judge,

Mr. Smith destroyed my life, from which only now after several years since his theft of $55,000 from me, am I beginning to recover. Since the incident, I suffered the loss of my home and a personal bankruptcy, both of which could have been avoided with the cushion those lost funds might have provided me. In addition, the psychological toll of developing a relationship with Mr. Smith over a several month period, only to have him steal from me, still haunts me. He is the most insidious type of "white collar" criminal-a true sociopath, who patiently and methodically plays his victims through false trust, carefully forged documents and accounts, and shill references. On the day of my meeting with him to turn over the funds and take possession of his websites, he methodically played me, pretending to transfer accounts and consult me on building the business for two full days, knowing it would take that much time for my check to clear.

If there was any chance, this miscreant could return even a percentage of what he stole from me and his other victims, I would be comfortable with a modicum of leniency. However, I have little hope that will take place in which case I hope the maximum punishment allowable by law is administered, allowing him plenty of time to contemplate his behavior and regret the pain he inflicted.

Sincerely,

UNITED STATES v. JOHN WINSTON BOONE     Case Number:   CR 12-1014-ABC

VICTIM NAME:_____

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

SEVERE EMOTIONAL & FINANCIAL LOSS HAS OCCURED. FOR MONTHS
I DEVELOPED A RELATIONSHIP WITH MR. BOONE WHILE DOING
DUE DILLIGENCE ON THE PURCHASE OF THE WEBSITES. AS A RESULT
OF THIS MASTER DECEPTION AND FRAUD I HAVE LOST SELF-
CONFIDENCE, TRUST IN OTHERS, AS WELL AS A SIGNIFICANT
LOSS OF RETIREMENT FUNDS. IT HAS ALSO TAKEN A
TOLL ON FAMILIAL RELATIONSHIPS.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.
   YES - SUPERIOR COURT OF

VICTIM IMPACT STATEMENT        FINANCIAL CRIME     PAGE 2

Do you relate to people differently since the crime? Please explain. _YES. MUCH MORE_
_WARY OF PEOPLE & UN TRUSTING OF OTHERS I'M NOT FAMILIAR WITH_

How has the crimes affected you and your family's lifestyle? Please explain. _DUE TO FALTERING_
_BUSINESS, I LOST THE FUNDS TO WEATHER ECONOMIC DOWNTURN & LOST_
_UNDERWATER HOME & BLED FOR CH 7 BANKRUPTCY_

Has the crime affected your family's livelihood? Please explain. _SEE ABOVE_

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

✓ Anger   ✓ Anxiety  ✓ Fear  ✓ Grief  ✓ Guilt  ✓ Numb  ✓ Chronic Fatigue

✓ Sleep Loss  ___ Nightmares  ✓ Appetite Change  ✓ Unsafe  ___ Uncontrolled Crying

✓ Trouble Concentrating  ✓ Repeated Memory of Crime  ✓ Depression

Please describe any other reactions to the crime committed.

Do you feel the defendant is or will be a threat to you, your family or the community?
___ Yes  ✓ No  Please explain.

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime. _DEFENDANT IS SOCIOPATHIC IN HIS ABILITY TO GAIN_
_TRUST AND DECEIVE HIS VICTIMS_

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim. If you are interested in this option,
please explain.

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$55,000   CHECK PAID TO ME ▮▮▮▮

$611.85   COURT FILING FEES

$7,000   ATTY'S FEES PD TO ▮▮▮▮▮▮▮▮

DEFAULT JUDGEMENT FILED 7/22/10 (SEE ATTACHED)

$27.00   RECORDING FEE (SEE ATTACHED

$130.95   SERVICE FEE   ATTACHED

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

SEE ABOVE

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

ATTORNEY'S FEES   $7000.

COURT FILING FEES   $611.85 + 130.95 + 27.00

SEE ABOVE

Signature: ▮▮▮▮▮▮▮▮

Printed Name: ▮▮▮▮▮▮▮▮

Date:   11-18-13

# EXHIBIT 16

# (intentionally omitted)

# EXHIBIT 17

UNITED STATES v. JOHN WINSTON BOONE            Case Number:  CR 12-1014-ABC

VICTIM NAME: ████████████████████████████████████

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

First and foremost, our company has suffered financial loss of $4,155.88 hard costs as a result of Mr. Boone's fraud in his offer to sell BaseBallblog.org and BankBlog.org websites.  These costs are $3,500.00 down payment / earnest deposit (never returned), $25.00 bank wire transfer fee for said payment, and $630.88 for legal fees.

Additionally, our professional time lost on the attempted purchase through analysis, offer, rescinding offer and attempts to collect our monies are estimated at $1,900.00.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No

Do you relate to people differently since the crime?  Please explain:

No

How has the crime affected you and your family's lifestyle?  Please explain:

No impact other than financial hardship.

Has the crime affected your family's livelihood?  Please explain.

This loss of money is significant for a struggling business.

Have you experienced any of the following reactions to the crime?

PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

X Anger  _____Anxiety _____Fear _____Grief _____Guilt _____Numb _____Chronic Fatigue

_____Sleep Loss _____ Nightmares _____ Appetite Change _____ Unsafe Uncontrolled Crying

_____ Trouble Concentrating _____ Repeated Memory of Crime _____ Depression

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME P. 2

Please describe any other reactions to the crime committed

Do you feel the defendant is or will be a threat t you, your family or the community?

_____ Yes   _X_ No   Please explain: _____

What else would you like the Judge to know about the defendant, or your situation as a result of the crime?

I spoke with Mr. Boone many times and provided him the opportunity to repay us. It amazed me at his brazen attitude and lack of concern. He seemed to be surprised that I was resourceful enough to have tracked him down to discover his real name, home address and contact phone number. Contacting him at his home residence was the highlight for our company. It was amazing to hear the fright and or surprise in his voice at having us penetrate his personal scheme to uncover who he really was. In doing so I am pleased to have brought some amount of discomfort and concern that he had been discovered and that this might have been the beginning of the end for his crime spree through our threaten legal actions.

Please know your honor that if it were financially possible on our part, I would gladly attend the sentencing hearing in person so as to allow Mr. Boone to see the face of the company that he defrauded.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Not interested.

1.  Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid, please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

    $3,500.00   Wire transfer to HS Consortium, Inc.

    $25.00   Wire transfer fee paid to Wells Fargo Bank

    $630.88   Legal fees for demand letter

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME P. 3

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes. Please explain.

   No

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

   No

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach coupes of receipts if possible.

   Lost income is estimated at $1,900.00 for time lost in pursuit of this sale through analysis, offer, rescinding of offer, and time with attorney for collection.

Signature _____

Printed name _____

Date _____ 11/22/13 _____

# EXHIBIT 18

UNITED STATES v. JOHN WINSTON BOONE    Case Number:    CR 12-1014-ABC

VICTIM NAME: ███████

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

My wife and I purchased this website due to the attractiveness of the returns that could be generated, as promised in the advertisement for the website and as stated in numerous phone converstations with John Boone. Due to limited financial resources, we mortgaged a piece of farmland that has been in my family for multiple generations to pay for the website cost of $59,999 and additional expected marketing/business start-up expenses (e.g., legal, tax, etc.) of $15,000, for a total loan of $75,000.  Approximately one month after purchasing the website, we realized that there was no cash being generated from the website.  As a result, we have only been able to  make minimum payments and have substantially all of the loan balance still outstanding. The fear of losing this land, which my parents depend on for their livelihood, has caused significant anxiety and stress for my wife and me. We continue to make the monthly payments, but it has impacted many of the life decisions that we had hoped to achieve by now such as buying a house or having kids because of this significant debt burden.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No. We have thought about it, but have been too embarrassed to talk to family, friends or outside counseling about the situation.

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No. We did speak to a lawyer about filing a suit, but he recommended that the cost to press charges outweighed the potential benefit, given the unknown amount of assets of the defendant, John Boone.

**VICTIM IMPACT STATEMENT      FINANCIAL CRIME    PAGE 2**

Do you relate to people differently since the crime?  Please explain. _____

No, however we will remain very skeptical of ever thinking about purchasing an existing business

again.

How has the crimes affected you and your family's lifestyle?  Please explain. _____

This crime has impacted many of our life decisions, including that this money would have been used

to purchase our first house.

Has the crime affected your family's livelihood?  Please explain. _____

If we are not able to continue to pay off this loan, it will seriously impair my family's livelihood as they

depend on this piece of land to grow their crops for their farm.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

_X_ Anger _X_ Anxiety _X_ Fear _X_ Grief _X_ Guilt ___ Numb ___ Chronic Fatigue

_X_ Sleep Loss ___ Nightmares ___ Appetite Change ___ Unsafe ___ Uncontrolled Crying

_X_ Trouble Concentrating _X_ Repeated Memory of Crime  _X_ Depression

Please describe any other reactions to the crime committed.

_____

_____

Do you feel the defendant is or will be a threat to you, your family or the community?
_X_ Yes ___ No Please explain. _____

I think John Boone is a threat to the community if he is able to freely operate in society and take

advantage of people like us.

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime . _____

In addition to all of the false representations about the website, John Boone told us that he was

the developer of PowerPoint, and that he made $1.8mm in 2008 from 380 of his websites.

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim.  If you are interested in this option,
please explain. _____

We are not interested in this option. We would like restitution in the form of money.

### VICTIM IMPACT STATEMENT/FINANCIAL CRIME    P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Cost of website: $59,999; Secretary of State of Illinois: $863.50; Lawyer costs: $2,428.03;

Tax preparation fees: $2,225.00

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

No.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No.

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

None.

Signature: ███████████

Printed Name: ███████

Date: 11/29/13

# EXHIBIT 19

UNITED STATES v. JOHN WINSTON BOONE____   Case Number:   CR 12-1014-ABC

VICTIM NAME:____████████████████____    _____

### INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

I spent money or attorney fees to have
my lawyer review sales documents,
advise me and put money in escrow
~~to buy~~ for the purchase of a website.
I ended up backing out of the
purchase when the financials
didn't add up and the defendent
wouldn't return my phone calls or
answer questions I had.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

No

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.    No

INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members Of your family been affected by this crime?

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

Af@

**VICTIM IMPACT STATEMENT       FINANCIAL CRIME    PAGE 2**

Do you relate to people differently since the crime? Please explain.

Yes, I'm more cautious when looking for businesses for sale.

How has the crimes affected you and your family's lifestyle? Please explain.

N/A

Has the crime affected your family's livelihood? Please explain. No

Have you experienced any of the following reactions to the crime?
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION

✓ Anger __ Anxiety __ Fear __ Grief __ Guilt __ Numb __ Chronic Fatigue

__ Sleep Loss __ Nightmares __ Appetite Change __ Unsafe __ Uncontrolled Crying

__ Trouble Concentrating __ Repeated Memory of Crime __ Depression

Please describe any other reactions to the crime committed.

VICTIM IMPACT STATEMENT FINANCIAL CRIME PAGE 2

D0 you relate to people differently since the crime? Please explain.

 Mgg j: im mare... om 76 o we when /övjeɲélâ *GY lil USI ÉQ/kt»

How has the crimes affected you and your family's lifestyle? Please explain.

Has the crime affected your family's livelihood? Please explain. ND

Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

L/Anger _ Anxiety ___ Fear _Grief _Guilt _Numb _Chronic Fatigue

_ Sleep Loss _ Nightmares _ Appetite Change _ Unsafe _ Uncontrolled Crying

_ Trouble Concentrating ___ Repeated Memory of Crime _ Depression

VICTIM IMPACT STATEMENT/FINANCIAL CRIME   P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

$500⁰⁰ - Attorney fees spent for vetting
       and escrow services before backin
       out of the purchase

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.   No

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.   NO

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.   N/A

Signature: ▮▮▮▮▮▮▮▮

Printed Name: ▮▮▮▮▮

Date:   11-25-2013

# EXHIBIT 20

Attn: Katherine J. Ferguson

November 21, 2013


ANDRÉ BIROTTE JR.
United States Attorney


Mr. Birotte,


Please find enclosed my Victim Impact Statement, full documentation of the email conversations with "John King", and documentation of my financial lost caused by case number CR-12-1014-ABC.

I appreciate your attention to this matter and I am happy to see some measure of justice served. I am glad that I brought the situation to the attention of the FBI.

I feel so stupid about becoming a victim, but as you can see the details and documentation from "John" were extensive and took a lot of time for him to fabricate.

My total documented loss of money is $ 48,549, but my emotional loss is much greater. I am hoping that financial restitution from the Plaintiff or the Federal Victims' Fund will help my situation.

Please let me know if I can help in any other way or if you need additional documentation from me.


Regards 

UNITED STATES v. JOHN WINSTON BOONE   Case Number:   CR 12-1014-ABC

VICTIM NAME: ████████████

## INDIVIDUAL VICTIM IMPACT STATEMENT/FINANCIAL CRIME

How have you and members of your family been affected by this crime?

We have been affected by the crime in many ways. The biggest is the lack of trust and respect from

my wife and children that was a direct result of this crime. I continue to pay for it each month because

I had to borrow $40,000 more on my SBA loan then I would have had to if this did not happen.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling as a result of this crime? Please explain.

Yes, I spoke to a therapist about it and so did my wife.

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No, I was going to, but I did not have the time or resources to track him down. So, I reported him to the FBI.

VICTIM IMPACT STATEMENT          FINANCIAL CRIME    PAGE 2

Do you relate to people differently since the crime?  Please explain.  _____

Yes, I am a lot less trusting. People I do business with notice it.

How has the crimes affected you and your family's lifestyle?  Please explain._____

– Less cash flow and more stress. Had to cut out vacations and other things we used to

enjoy.

Has the crime affected your family's livelihood?  Please explain._____

–     Yes, same as above.

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

__X__ Anger  __X__ Anxiety  ___ Fear  __x__ Grief  __X__ Guilt  ___ Numb  __X__ Chronic Fatigue

__X__ Sleep Loss  ___ Nightmares  ___ Appetite Change  ___ Unsafe  ___ Uncontrolled Crying

___ Trouble Concentrating  __X__ Repeated Memory of Crime   ___ Depression

Please describe any other reactions to the crime committed.

Total devastation.

Do you feel the defendant is or will be a threat to you, your family or the community?
__X__ Yes  ___  No  Please explain.___ Anyone who went as far as he did will do it again if given the

chance.

What else would you like the Judge to know about the defendant, or your situation as a result of
the crime .  _____

Put him a away and find a way to order full reinburshment from him or the Victims Crime Fund.

If a victim consents, the Court may also make restitution in services in lieu of money, or make
restitution to a person or organization designated by a victim.  If you are interested in this option,
please explain._____ Very much so.

## VICTIM IMPACT STATEMENT/FINANCIAL CRIME  P. 3

1. Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Actual Payment  $40,000

Ticket and hotel for "training" $975

Interest on SBA loan-extra 7.25% on $40,000 for 29 months- $ 7,250

Total actual financial loss- $ 48,225

2. Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case? If yes, please explain.

No, just the extra interest on my US backed SBA loan.

3. Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

4. If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at  proceedings related to the offense.  Please be specific and attach copies of receipts if possible.

Lost Income, the $19,500 a year of earnings promised from 3-2010 to today= $68,250

Signature: ███████████████

Printed Name: ███████████████

Date: 11/21/2013