# EXHIBIT M

**FILED**
MUNICIPAL COURT
SAN MATEO COUNTY

JUN 0 5 1989

SOUTHERN BRANCH
By _____ _____
                    Deputy

**FILED**

JUL 18 1989

WARREN SLOCUM County Clerk
By _____
DEPUTY CLERK

JUL 18 1989

*C 27349*

IN THE MUNICIPAL COURT OF THE COUNTY OF SAN MATEO

STATE OF CALIFORNIA    CRS051F144

THE PEOPLE OF THE STATE OF CALIFORNIA,     )     No.
                                           )
                            Plaintiff,     )     COMPLAINT – CRIMINAL
vs.  JOHN WINSTON BOONE                     )          (Felony)
     58 Jules St.                          )
     San Francisco, CA                     )     SECTION  118 P.C.
                                           )          (2 Counts)
                                           )          134  P.C.
                                           )          132 P.C.
                                           )
                            Defendant(s)   )

        The undersigned does hereby accuse, on information and

belief, the above named defendant(s) of the crime(s) of felony,

committed as follows:

COUNT I –   VIOLATION OF SECTION 118, PENAL CODE, CALIFORNIA:

        That the above named defendant(s) on or about the ___31st___

day of ___March  1989_____, within the County of San Mateo, State

of California, did wilfully, unlawfully, and feloniously having

taken an oath in front of Judge Aram Severian that he would testify truthfully

in a jury trial, wilfully and contrary to that oath state as true material

matter that he knew to be false; to wit:  that he obtained a towing receipt

from Jack's Automotive (Defense exhibit D) on April 13, 1988.

//

//

SUBJECT TO
PROTECTIVE ORDER                                              002112

                                                      flny-multi-DA384

COUNT II - VIOLATION OF SECTION 118, PENAL CODE, CALIFORNIA:

That the above named defendant on or about the 3rd day of April 1989, within the County of San Mateo, State of California, did wilfully, unlawfully, and feloniously having taken an oath in front of Judge Aram Severian that he would testify truthfully in a jury trial, wilfully and contrary to that oath state as true material matter that he knew to be false: to wit: that he obtained a towing receipt from Jack's Automotive (Defense exhibit D) on April 13, 1988.

COUNT III - VIOLATION OF SECTION 134, PENAL CODE, CALIFORNIA:

That the above named defendant on or about the 31st day of March 1989, did wilfully and unlawfully prepare a false or antedated paper, record, or instrument in writing, to wit: a towing receipt from Jack's Automotive (Defense Exhibit D) with intent to produce it or allow it to be produced for any fraudulent or deceitful purpose, as genuine or true, as evidence in his behalf in a jury trial.

COUNT IV - VIOLATION OF SECTION 132, PENAL CODE, CALIFORNIA:

That the above named defendant on or about the 31st day of March 1989, did wilfully and unlawfully offer in to evidence, as genuine or true, any book, paper, document, record, or other instrument in writing, to wit: a towing receipt from Jack's Automotive (Defense exhibit D) knowing the same to have been forged or fraudulently altered or antedated.

Executed at ___South San Francisco___, California, on ___May___, 1989___. I declare under penalty of perjury that the foregoing is true and correct.
MCK/ac   5/18/89  SMO

                                   COMPLAINANT.

SUBJECT TO PROTECTIVE ORDER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
THE PEOPLE OF THE STATE OF CALIFORNIA, _Plaintiff_
vs. _John Boone_ _Defendant_

DECLARATION CONCERNING ☐ PLEA OF ☒ CHANGE OF PLEA TO
GUILTY OR NOLO CONTENDERE; and FINDING and ORDER

(For Court Use Only)

FILED
JUL 7 1989

Case Number _51F 144_

C-73349

I, the above named defendant in the above-entitled criminal action, and in support of my motion, which will be made in open court personally and by my attorney, ☐ to change my plea(s) to ☐ to plead ☐ guilty ☒ nolo contendere, do declare:

1. My attorney in this action is _CHARLES M. Robins_

FILED
JUL 18 1989
WARREN SLOCUM, County Clerk
By _____
DEPUTY CLERK

2. I am charged in the _complaint_ in this action with having
violated _PC § 118 (2x), 132, 134_
(code, section(s), count(s))

3. I desire to ☐ plead ☒ change my plea(s) to _nolo contendere_ to _____
(guilty/nolo contendere)
_PC § 118 (Ct. 1)_
(state code, section(s) and count(s), including lesser offense(s) to which plea is to be made)

4. I _do_ understand the nature of the charge(s) against me.
(do/do not)

5. I _have_ discussed the nature of the charge(s) against me and the possible defenses thereto with my attorney.
(have/have not)

6. My attorney _has_ explained my constitutional rights to a trial by jury, confront witnesses against me, the process of the Court to compel the attendance of witnesses on my behalf, the right to remain silent or, if I so choose, to testify for myself. _The right to a preliminary hearing._
(has/has not)

7. I _do_ realize that I give up these rights by pleading guilty or nolo contendere.
(do/do not)
I understand that a plea of nolo contendere has the same legal effect as a plea of guilty.

8. I understand that if I am not a citizen, conviction of the offense for which I have been charged may have the consequences of deportation; exclusion from admission to the United States or denial of naturalization.

9. My decision to ☒ change my plea(s) to ☐ plead _nolo contendere has_
(guilty/nolo contendere (has/has not))
been made freely and voluntarily, without threat or fear to me or anyone closely related to or associated with me.

10. My attorney _has_ explained that the maximum penalty; including penalty assessments; which could be
(has/has not)
imposed as a result of my plea(s) of guilty or nolo contendere is _____
_4 yrs. prison + 4 yrs. parole + fine + restitution fine_

County Clerk Form 206 (Rev. 10/86)        CRIMINAL-PLEA OR CHANGE OF PLEA

SUBJECT TO
PROTECTIVE ORDER

002114

11.  I  _have not_  been induced to plead guilty or nolo contendere by any promise or representation of a
       (have/have not)
lesser sentence, probation, reward, immunity, or anything else except:

Dismiss Cts. 2- 4;  Top of 6 months jail (by Court) consecutive

RECEIVED
JUL 18 1989

(*NOTE*: Any agreement on sentence where state prison is imposed includes parole, and where probation is granted may
still subject a defendant to the maximum penalty (see #10) if probation is later violated.)

12.  I  _do_  understand that the matter of probation and sentence is to be determined solely by the Court and
       (do/do not)
will not be decided until the report and recommendation by the Probation Department has been considered.

The Court reserves the right to withdraw its consent to any sentence limitation agreement; and, in the event, I will be
permitted to withdraw my plea(s) of guilty or nolo contendere and all charges will be reinstated.

EXECUTED in San Mateo County, California on _____  7 - 7 , 19 89

_John W. Browe_
(Defendant's Signature)

_Charles Robinson_  states that he is the above-named defendant's attorney in the
above-entitled action; he personally read and explained the contents of the above declaration to the defendant; he personally
observed the defendant fill in, date and sign said declaration; he, after having investigated this case and the possible defenses
thereto, concurs in the defendant's plea(s) of guilty or nolo contendere to the charge(s) as set forth by the defendant
in the above declaration and stipulates there is a factual basis for the plea(s).

DATED: _7-8-89_        _Charles Robinson_
                       (Attorney's Signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney, concur
and stipulate there is a factual basis for the plea(s).

DATED _7-7-89_         JAMES P. FOX, DISTRICT ATTORNEY

                       By _Dennis C. _____
                          Deputy — Assistant District Attorney

## FINDINGS AND ORDER

The defendant personally and by his attorney in open court having this date entered a plea of ☐ guilty ☒ nolo contendere,
and having been advised as to his rights, said plea is hereby accepted and ordered entered. The Court finds that the defendant
made a knowing, intelligent and voluntary waiver of the above rights.

DATED _7-7-89_         _____
                       JUDGE

County Clerk Form 206 (Rev. 10/86)        CRIMINAL-PLEA OR CHANGE OF PLEA

SUBJECT TO
PROTECTIVE ORDER

002115

6

ENDORSED FILED
SAN MATEO COUNTY
MUNICIPAL COURT

JUL 14 1989

SOUTHERN BRANCH
By DAWN STANDEL
Deputy

(ENDORSED)

# FILED

JUL 18 1989

WARREN SLOCUM, County Clerk
By VIRGILIO S. CASTRO
DEPUTY CLERK

IN THE MUNICIPAL COURT OF THE COUNTY OF SAN MATEO

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) Municipal Court # 51F144 |
| Plaintiff, | ) Superior Court #C22349 |
| vs. JOHN WINSTON BOONE | ) PROCEEDINGS CERTIFYING |
| | ) DEFENDANT TO SUPERIOR |
| | ) COURT FOR SENTENCE |
| Defendant(s) | ) (P.C. 859a) |

On  MAY 18, 1989  complaint was filed in the above

Court charging defendant with

**count    code section    violation**

I & II    118 P.C.    PERJURY

III      134 P.C.    PREPARING FALSE EVIDENCE

IV       132 P.C.    OFFERING FALSE EVIDENCE


On  MAY 18, 1989  defendant was present in court and

was arraigned and instructed as to his legal rights by the court,

including his right to a preliminary hearing within a reasonable

time; his right to a jury or court trial; his right to confront

and cross-examine witnesses against him; and his right to remain

silent and his right not to testify against himself.

002116

1  On _____ the complaint was amended to charge

2  defendant with:

3

4

5

6

7  On ___JULY 7, 1989___ defendant was present in court with

8  his attorney and the People representd by the District Attorney;

9  the case was called, defendant expressly waived his rights to a

10  preliminary hearing, jury or court trial, confrontation and

11  silence, and personally entered plea(s) of GUILTY/NOLO CONTENDERE

12  to the charge(s) contained in the complaint as follows:

13  count    code section     violation

14  I       118 P.C.         PERJURY

15

16

17  with the consent of said attorney, the District Attorney, and the

18  within-entitled court. COUNTS II, III AND IV DISMISSED

19

20  IT IS HEREBY ORDERED that the within entitled case be certified

21  to the Superior Court of the County of San Mateo for sentence

22  pursuant to section 859a of the Penal Code of California;

23  defendant is ordered into the custody of the Sheriff of said

24  county, until defendant gives bail or is otherwise legally

25  discharged.

26  Dated: ___JULY___ , 1989

27  PFW/jws 7-10-89                    JUDGE OF SAID MUNICIPAL COURT

28

SUBJECT TO
PROTECTIVE ORDER

**FILED**

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

SEP 29 1989

IN AND FOR THE COUNTY OF SAN MATEO
WARREN SLOCUM, County Clerk
By _____
DEPUTY CLERK

OCT 2 1989

The People of the State of California,)
                                      )
                            Plaintiff,)
                                      )
-vs-                                  )
                                      )          Court Number: C-22349
                                      )          Dept. Number: #5
                                      )
JOHN WINSTON BOONE             Defendant.)
- - - - - - - - - - - - - - - - - - - -

ORDER ADMITTING DEFENDANT TO PROBATION

The above-named defendant having ___pled nolo contendere___ in this Court
of the offense of ___Violation of Section 118 of the Penal Code (Felony - Perjury)___

_____

_____

_____

on the ___7th___ day of ___JULY___, 19 ___89___, and having made
application for probation, and the Court having considered the report of
the Probation Officer in the above-entitled case;

IT IS HEREBY ORDERED by this Court that the imposition of sentence be
suspended, and said defendant be admitted to probation, for a period of
___three (3)___ years from the date of this order, upon the following
terms and conditions:

1.  Probationer shall be under the supervision and control of the Probation
    Officer of this County, shall report as directed and obey all reasonable
    and proper instructions given by said Probation Officer.

2.  Probationer shall seek employment and, as far as possible, remain
    employed during the term of this probation.

3.  Probationer shall obey all laws and, unless otherwise instructed by the
    Probation Officer, shall abstain from the use of all intoxicating
    liquors.

4.  Probationer shall not leave this State without first securing permission
    from the Probation Officer and is further required to at all times keep
    his Probation Officer advised of his whereabouts.

Form 4020-a
Rev. 12/88

SUBJECT TO                                                    002118
PROTECTIVE ORDER

The People of the State of California                    Court No. C-22349
-vs-

JOHN WINSTON BOONE

5.  Probationer shall serve six (6) months in the County Jail, consecutive, and shall
    obey all rules and regulations of the jail facility or institution in which he is
    placed.

6.  Probationer shall participate in a program of treatment and/or counseling as
    directed by the probation officer.

7.  Probationer shall pay a fine in the amount of $300 plus $405 State Penalty Assessment
    through the Probation Department, as directed by the probation officer.

DONE IN OPEN COURT THIS _____7th_____ DAY OF _____SEPTEMBER_____ , 19 89

                                    HONORABLE V. GENE McDONALD
                                    JUDGE OF THE ABOVE-ENTITLED COURT

The undersigned hereby certifies that he has read the foregoing Order for
Probation and understands the same and agrees to conduct himself strictly
in accordance with said terms.

                                                        Defendant
                                    JOHN WINSTON BOONE

(over)
Form4020-b
Rev. 12/88  LJS:nw
    SUBJECT #74747                                      002119
    PROTECTIVE ORDER



## NOTICE TO PROBATIONER

Thoroughly familiarize yourself with the conditions of your probation, as a violation of any of the terms of probation will render you liable to penalties while, if you faithfully perform your duties, you are entitled to some privileges.

PENALTIES AND PRIVILEGES:

1.   The Court or Judge thereof, in the order granting probation, may suspend the imposition or the execution of the sentence; and if you faithfully fulfill all the conditions of probation this suspension will remain in effect (1203.1 Penal Code).

2.   The Court shall have authority at any time during the term of probation to revoke, modify, terminate or change its order of suspension or imposition or execution of sentence (1203.3 Penal Code).

3.   At any time during your probationary period any Probation Officer or Peace Officer may, without a warrant or other process, rearrest you and bring you before the Court, and if the Court has reason to believe that you have violated any of the terms of your probation, it may revoke and terminate your probation and pronounce or execute sentence or issue a Bench Warrant (1203.2 Penal Code).

4.   After your probation has terminated and if you have fulfilled the conditions of your probation and are not serving a sentence, or on probation for any offense, or charged with the commission of any offense, you have the right (except for some Vehicle Code violation cases) to apply to the Court to withdraw your plea of guilty and enter a plea of not guilty, or if you have been convicted, have the verdict set aside and thereupon the Court shall dismiss the accusation or information against you and you shall thereafter be released from all penalties and disabilities resulting from the offense of which you had been convicted (1203.4(a)&(b) Penal Code).

IN THE EVENT THE COURT ORDERS MONIES PAID THROUGH THE PROBATION DEPARTMENT: Payment of said monies can be done through the mail in the form of a money order or cashier's check made payable to:

SAN MATEO COUNTY PROBATION DEPARTMENT

Addressed to:       ADULT PROBATION
                    COUNTY GOVERNMENT CENTER #4602
                    REDWOOD CITY, CALIFORNIA  94063

SUBJECT TO
PROTECTIVE ORDER

002120

SUPERIOR CO      OF CALIFORNIA, COUNTY OF      MATEO

JUDGE DEPT. NO. 17 5          CASE NO. C22349-01          DATE 07 SEP 1989
DEPUTY CLERK _Marcopolos_
HONORABLE MARGARET J. KEMP
_Gene McDonald_          COURT REPORTER _Bless_

TITLE OF ACTION: PEO. CONCERNING JOHN WINSTON BOONE

NATURE OF EVENTS:    CERT. FROM MUNI CT. PURS. SEC. 859APC
                     VS118PC

                (PARTIES AND COUNSEL CHECKED IF PRESENT)
DEFENSE COUNSEL _Chas. Robinson_
DISTRICT ATTORNEY BY ___Gene Wegstaffe___          DDA _✓_

✓  DEFENDANT NOT PRESENT _in custody_
✓  PRIVATE DEFENDER APPOINTED WITH ___Chas. Robinson___          DESIGNATED.
___ ASSISTANT PROBATION OFFICER                                 NOT PRESENT.
___ DEFENDANT STATES HIS TRUE NAME AS
✓  DEFENDANT WAS HANDED A COPY OF THE CERTIFICATION PURSUANT TO SECTION
    859(A)PC, WAS ARRAIGNED ON SAME, AND REAFFIRMED PLEA MADE IN MUNICIPAL COURT
    ON _____ MOTION
___ _____ CONTINUED TO
✓  PROBATION REPORT/_____          RECEIVED, REVIEWED
    AND ORDERED FILED.
    SUPPLEMENTAL PROBATION REPORT/_____          ORDERED.

___ CRIMINAL PROCEEDINGS SUSPENDED; SHERIFF ORDERED TO DELIVER DEFENDANT TO THE
    DEPARTMENT OF CORRECTIONS DIAGNOSTIC FACILITY AT VACAVILLE, CA/CORONA, CA
    FOR DIAGNOSIS AND EVALUATION PURSUANT TO SEC. 1203.03 PC FOR A TEMPORARY
    PERIOD NOT TO EXCEED NINETY DAYS.
___ DEFENDANT AND COUNSEL WAIVED TIME FOR SENTENCING.
___ DEFENDANT WAIVED FORMAL ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO
    LEGAL CAUSE WHY SENTENCE SHOULD NOT NOW BE PRONOUNCED.
✓  IMPOSITION OF SENTENCE SUSPENDED. ___ DEFENDANT SENTENCED PER ATTACHMENT.
    ___ SENTENCE SUSPENDED.
___ PROBATION DENIED. ✓ FORMAL/COURT PROBATION GRANTED FOR A PERIOD OF _3 yrs_
                      PER CONDITIONS ON ATTACHMENT.
✓  CONDITIONS OF PROBATION ACCEPTED BY DEFENDANT.
___ DEFENDANT ADVISED OF PERIOD OF PAROLE PURSUANT TO SECTION 1170.1 PC.
___ DEFENDANT ADVISED OF RIGHT TO APPEAL, APPEAL PROCEDURE AND RIGHT TO
    APPOINTED COUNSEL PURSUANT TO RULE 250, CALIFORNIA RULES OF COURT.
___ DEFENDANT FAILING TO APPEAR, WITHOUT SUFFICIENT EXCUSE
    ____ BAIL FORFEITED          ____ O.R. REVOKED.
___ BENCH WARRANT ORDERED ISSUED WITH NO BAIL/BAIL FIXED AT $
___ DEFENDANT APPEARING  ____ BENCH WARRANT RECALLED  ____ BAIL/O.R. REINSTATED.
___ MOTION FOR ISSUANCE OF BENCH WARRANT/FORFEITURE OF BAIL/REVOCATION OF O.R.
    SUBMITTED/CONTINUED TO
___ MOTION FOR REDUCTION OF BAIL/RELEASE O.R. IS GRANTED/DENIED.
    BAIL RESET AT $_____
___ DEFENDANT ✓ REMANDED  ___ ON BAIL  ___ O.R.  ___ ORDERED TO APPEAR
___ BAIL EXONERATED

DATE 07 SEP 1989   PROCEEDINGS                              _163/234_
JOHN WINSTON BOONE                               CRIMINAL MINUTE FORM 3
    SUBJECT TO _C22349_          _11_          002121
    PROTECTIVE ORDER

CASE NO. _C-33349_ PEOPLE OF THE STATE OF CALIFORNIA vs. _John Weston Prine_
(Sentencing Attachment - County Jail)

☑ Defendant shall pay a $100 restitution fund fine as mandated by Government Code Section 13967. This is not a condition of probation.

☑ Payments to be made to:  [✓] Probation Dept.  [ ] Revenue Services

☑ Pay fine of $ _200_  plus penalty assessment of $ _105.00_ plus $ _____ pursuant to Section 11372.5 H&S plus $ _____ pursuant to Section 11372.7 H&S. Pay fine of $ _____ pursuant to Section 290.3 PC. This is / is not a condition of probation.

☑ Payments to be made to:  [✓] Probation Dept.  [ ] Revenue Services

_____ Condition of Probation (in addition to the usual conditions re: supervision, employment, obedience of laws, abstinence from intoxicating liquors, remaining in State and keeping probation officer advised of whereabouts).

☑ Serve _6 months confinement_ in County Jail, with credit for _6_ actual days served; plus _____ days good time / work time for a total of _6_ days.

_____ Execution of jail sentence stayed to _____ at _____ AM/PM. Defendant ordered to report to jail on such day and time.

☑ Work furlough recommended. _____ Sheriff's Program recommended.

_____ Obey all rules and regulation of the jail facility or institution in which placed.

_____ Make restitution in the amount not to exceed $ _____ as directed by Probation officer.

_____ Perform _____ hours of uncompensated public service work as directed by Probation Officer.

_____ Submit to chemical testing for the detection of alcohol/controlled substances.

_____ Abstain from use of intoxicating beverages/controlled substances.

☑ Submit to search and seizure of his/her person, place of residence or area under his/her control, or vehicle, by any probation officer or peace officer, during the day or night, with or without his/her consent, with or without a search warrant, and without regard to probable cause.

☑ Seek and maintain treatment, counseling or therapy as directed by the probation officer.

_____ Seek and maintain employment/participation in a vocational or educational program as directed by the probation officer.

_____ Enter and complete residential treatment program at _____ and remain until release approved by probation officer or program director.

_____ Not re-enter the United States illegally.

_____ Not own or possess dangerous or deadly weapons/firearms.

_____ Genetic marker testing pursuant to Section 290.2 PC.

_____ AIDS Testing pursuant to Section 1202.1 PC.

_____

_____

Dated: _9/7/89_  Sentencing Attachment

Criminal Minute Form 5a
County Jail
2/89

SUBJECT TO
PROTECTIVE ORDER

APPLICATION FOR MODIFICATION OF PROBATION / JAIL TIME

In connection with this application for Modification, the following infor-
tion is submitted:     #C 22349

APPLICANT'S NAME _John W. Boone_   DOB _02-14-63_ Age _26_ Sex _M_

FACILITY: WORK FURLOUGH _X_   MSF ___ MCC ___ MAIN JAIL ___ WOMEN'S CENTER ___

Present support of family: |  Spouse working ☐   Welfare ☐
☒ Other _Employers_

                    CHILDREN and/or OTHER DEPENDENTS              NOV 3 1989
  Name              Age      Relationship      Address
  N/A

Disabilities _None_

Usual occupation(s) _Manager   Wartech Systems Inc. (Computer software_

Is employment assured? _X_ If so, by whom (name and address) _____
_Leona L. Boone   General Manager_

Residence address if released _58 Jules St   SF_

Reasons for request _____

REFERENCES: |  Name          Address                    Telephone No.
_Jordan G. Boone_    _58 Jules ST_        _(415)586-1265_
_Leona L. Boone_     _58 Jules St._       _(415)586-1265_
_Theodore Justice_   _124 San Aleso_      _(415)584-1749_

I certify that all the above statements and representations are true to the
best of my knowledge.
Date _10/23/89_       Signature _John W. Boone_

Request for modification:       Granted ☐      Denied ☑

Judge's comments _____

# FILED

NOV -2 1989
WARREN SLOCUM, County Clerk
By _____
DEPUTY CLERK

Terms and Conditions _____

Date _11/1/89_   Signed: Judge of ☒ Superior ☐ Muni   Court

#7210
Rev. 48  SUBJECT TO
         PROTECTIVE ORDER

002123